

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00049-CV

**IN THE INTEREST OF J.R.L. AND V.R.L., MINOR CHILDREN**,
Appellant

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2016CVG000221-C1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **August 1, 2019**. **No further extensions will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court